

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in NY, NJ and D.C.

VIA CM/ECF

March 12, 2021

U.S. District Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

      **Re:**   ***Mercer v. Bhagu & Pritamber Hotels Inc*, Case No. 1:20-cv-10166-JPC**

Dear Judge Cronan:

      This office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. Respectfully, I write to request a short adjournment of the Initial Pretrial Conference scheduled for Tuesday, March 16, 2021 at 12:30 p.m.  The reason for my request is that I have a medical appointment that will interfere with my ability to appear on March 16th for a conference. This is our first request for an adjournment of this conference and the request will not prejudice any of the parties or any other scheduled dates. In addition, we are currently engaged in settlement discussions with counsel for the Defendant Bhagu & Pritamber Hotels Inc. ("Defendant"), and are hopeful that the parties are close to a resolution. Defendant consents to our request.

      We thank the Court for your time and consideration in this matter.

It is hereby ORDERED that Plaintiff's request is GRANTED. The teleconference scheduled for March 16, 2021 is ADJOURNED to March 30, 2021 at 3:00 p.m.

SO ORDERED.

Date:   March 12, 2021
            New York, New York

*(signature)*

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*
_____
Erik M. Bashian, Esq.

   cc:   Dustin A. Levine, Esq. *(via CM/ECF only)*
          Ryan M. Caponera, Esq. *(via Email)*